UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


EUGENE MOORE,

     Plaintiff,

v.                                                           Case No. 3:19cv1683-MCR-HTC


ARMSTRONG,
EDWARDS,
JORDAN,

     Defendants.

_____/

REPORT AND RECOMMENDATION

Plaintiff, a prisoner incarcerated at Santa Rosa Correctional Institution, proceeding *in forma pauperis* and *pro se*, initiated this action by filing a document, which the clerk construed as a complaint seeking relief under 42 U.S.C. § 1983. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the complaint be dismissed for failure to prosecute and to follow an order of the Court.

ECF Doc. 1 was not on this Court's complaint forms, was one-page in length, was unexecuted, was in letter form and the relief sought was for an order directing

prison officials to retain video footage as Plaintiff planned to file criminal charges against Defendants for an alleged sexual assault.  The letter was initially filed in the Middle District of Florida and transferred to this Court because the events at issue allegedly occurred at the Santa Rosa Correctional Institution.  ECF Doc. 2.

Because Plaintiff was proceeding *pro se*, the Court entered an order on June 19, 2019 allowing Plaintiff an opportunity to file an amended complaint to state a cause of action or to file a notice of voluntary dismissal if he could not, in good faith, state a cause of action against defendants.[1]  ECF Doc. 5.  Plaintiff was ordered to file an amended complaint or a notice of voluntary dismissal by July 22, 2019.  *Id.* The Plaintiff did not file the amended complaint or notice of voluntary dismissal by that date.

Therefore, on August 2, 2019, the Court ordered the Plaintiff to show cause, by August 16, 2019, why his case should not be recommended for dismissal for failure to prosecute or to follow an order of the Court.  ECF Doc. 6.  In response to that show cause order, Plaintiff delivered to prison mail officials on August 13, 2019[2] a letter stating that he was just released from "SOS cell" and that he "still want to

---

[1] Plaintiff had also not paid the filing fee or applied to proceed *in forma pauperis* at that time but subsequently filed a motion to proceed *in forma pauperis* on August 22, 2019, which was granted. ECF Docs. 7, 9.
[2] See *Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (Under the "prison mailbox rule," a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing.).

Case No. 3:19cv1683-MCR-HTC

press charge on these officers." ECF Doc. 8. Plaintiff also stated that he has "a lawyer but she only do lawsuit." *Id.*

Although the letter was not responsive to the order to show cause and further was not in the form of a motion as required by this Court's local rules, the Court liberally construed the letter as a motion to extend time to respond to the show cause order and gave Plaintiff until September 9, 2019 to file an amended complaint. ECF Doc. 9. Plaintiff did not file the amended complaint by that date.

Therefore, on September 20, 2019, the Court ordered Plaintiff to show cause, by October 4, 2019, why his case should not be recommended for dismissal for failure to prosecute or to follow an order of the Court. Plaintiff was explicitly warned, "Failure to respond may result in a recommendation of dismissal with no further notice." ECF Doc. 10. Despite having initiated this action more than four (4) months ago and despite being given numerous opportunities to file an adequate amended complaint, Plaintiff has failed to do so or otherwise respond to the Court's show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.      That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to follow an order of the Court.

2.      That the clerk be directed to close the file.

Case No. 3:19cv1683-MCR-HTC

At Pensacola, Florida, this 15th day of October, 2019.

*/s/ Hope Thai Cannon*

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.