**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**EUGENE MOORE,**

    **Plaintiff,**

**v.**                            **CASE NO. 3:19cv1683-MCR-HTC**

**ARMSTRONG,**
**EDWARDS,**
**JORDAN,**

    **Defendants.**

_____/

**O R D E R**

This cause is before the Court on the Magistrate Judge's Report and Recommendation dated October 15, 2019. ECF No. 11. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or failure to follow an order of the Court.

3.     The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 18th day of November 2019.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**